# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELIZABETH KATHRYN HALL,
    Plaintiff,

v.

DEVEN NESHAUN PERSAUD,

    Defendant.

_____/

Case No.: 8:26-cv-02148-MSS-NHA
_____

## SUMMONS IN A CIVIL ACTION

**To:  DEVEN NESHAUN PERSAUD**
**572 Heather Glen Drive**
**Winter Haven, Florida 33883**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William M. Powell, Esquire
Powell Law Offices, P.A.
2256 First Street, Suite 226
Fort Myers, Florida 33901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 27, 2026
_____

CarlaRoberts

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DEVEN NESHAUN PERSAUD
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at (place)
_____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with
(name) _____, a person of suitable age and discretion who resides
there, on (date) _____, and mailed a copy to the individual's last known
address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____; or

☐ I returned the summons unexecuted because
_____; or

☐ Other (specify): _____.

My fees are $_____ for travel and $_____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: