## <u>RETURN OF SERVICE</u>

**State of Florida**                    **County of Middle**                    **District Court**

Case Number: 8:26-CV-02148-MSS-NHA

Plaintiff:
**ELIZABETH KATHRYN HALL**

vs.

Defendant:
**DEVEN NESHAUN PERSAUD**

LIN2026053245

For:
William Powell
Powell Law Offices P.A.
2256 First Street
#226
Fort Myers, FL 33901

Received by Lynx Legal Services, on the 27th day of July, 2026 at 2:24 pm to be served on **Deven Neshaun Persaud, 572 Heather Glen Drive, Winter Haven, FL 33883**.

I, Devin Eakle, do hereby affirm that on the **5th day of August, 2026** at **7:56 am, I:**

**INDIVIDUALLY/PERSONALLY** served **Deven Neshaun Persaud** by delivering a true copy of the **21-Day Summons in a Civil Action and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, directly to **Deven Neshaun Persaud** at the given address of: **572 Heather Glen Drive, Winter Haven, FL 33883**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30 to 35, Sex: M, Race/Skin Color: East Indian, Height: 5'7" to 6'0", Weight: 170 to 175, Hair: Black, Glasses: N

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

**Devin Eakle**
CA-1017

**Lynx Legal Services,
a U.S. Legal Support company
201 E Pine St., Ste 740
Orlando, FL 32801
(407) 872-0707**

Our Job Serial Number: LIN-2026053245
Ref: 7198359-001

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e