UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH KATHRYN HALL,

Case No. 8:26-cv-02148-MSS-NHA

Plaintiff,

v.

DEVEN NESHAUN PERSAUD,

Defendant.
_______________________________________/

**NOTICE OF APPEARANCE**

TO THE CLERK of this Court and all parties of record:

Please take notice that Jordan D. Howlette hereby respectfully enters his appearance in the above-captioned case on behalf of Defendant Deven Neshaun Persaud.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Jordan D. Howlette*

JORDAN D. HOWLETTE
FL Bar No.: 125031
Managing Attorney
420 Florida Ave. NE, Suite 27
Washington, DC 20002
Tel: (202) 921-6005
Fax: (202) 921-7102
jordan@justlyprudent.com
*Counsel for Defendant*