UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH KATHRYN HALL,

Case No. 8:26-cv-02148-MSS-NHA

Plaintiff,

v.

DEVEN NESHAUN PERSAUD,

Defendant.
_______________________________________/

**DEFENDANT'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

In accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Deven Neshaun Persaud respectfully moves the Court for a 30-day extension of time (i.e., to September 25, 2026) to file an answer or other response to Plaintiff's Complaint (ECF No. 1). Plaintiff personally served Persaud on August 5, 2026, which makes the current deadline August 26, 2026.

The Complaint pleads four claims under 42 U.S.C. § 1983 arising from a traffic stop, an arrest, and a felony prosecution that unfolded over roughly eight months, and its allegations turn on the contents of a police report, a charging affidavit, video evidence, an internal investigation file, and a state-court criminal record. (Compl. ¶¶ 6–35). Persaud recently retained undersigned counsel's firm to represent him in this matter. Because of the recency of that engagement and the breadth of the record underlying the allegations, counsel requires additional time to investigate the claims, confer with Persaud, and prepare a responsive pleading.

By reason of the forgoing, and for good cause shown, Defendant Deven Neshaun Persaud respectfully requests that the Court grant this motion and extend his deadline to answer or otherwise respond to the Complaint through and including September 25, 2026.

**Local Rule 3.01(g) Certification**

On August 25, 2026, undersigned counsel conferred with Plaintiff's counsel via email regarding the relief requested herein. Plaintiff consents to a 15-day extension but does not consent to the requested 30-day extension.

Dated: August 26, 2026

Respectfully submitted,

*/s/ Jordan D. Howlette*

JORDAN D. HOWLETTE
FL Bar No.: 125031
Managing Attorney
Justly Prudent
420 Florida Ave. NE, Suite 27
Washington, DC 20002
Tel: (202) 921-6005
Fax: (202) 921-7102
jordan@justlyprudent.com
*Counsel for Defendant*